# SCHEDULING CONFERENCE WORKSHEET

(The parties **SHALL** attach this completed worksheet to their joint scheduling report)

**CASE NAME:** _____

**CASE NUMBER:** _____

**SCHEDULING CONFERENCE DATE:** _____

**APPEARANCES:**

      PLAINTIFF(S): _____

      DEFENDANT(S): _____

## I.   PRELIMINARY MATTERS

**A. Is there joint consent to magistrate judge jurisdiction?**

    Yes:\_\_\_\_\_   No:\_\_\_\_\_

**B. Has the answer been filed?**

    Yes:\_\_\_\_\_   No:\_\_\_\_\_ (If no, explain in the Joint Report.)

**C. Are pleading amendments anticipated?**

    Yes:\_\_\_\_\_   No:\_\_\_\_\_   Proposed deadline:_____
    (If proposing other than around the mid–point of discovery, explain in the Joint Report.)

**D. Have initial disclosures per Rule 26 been completed?**

    Yes:\_\_\_\_\_   No:\_\_\_\_\_   If no, proposed deadline:_____
    (If proposing more than 30 days after the scheduling conference, explain in the Joint Report.)

## II.   DISCOVERY

The intervals indicated in this section are believed by the Court to be appropriate. However, if the parties agree that other reasonable intervals better suit their case, they may so provide and explain their reasoning in the Joint Report.

**A. Non–Expert Discovery Cut–Off:** _____
(Generally, six months from scheduling conference date.)

**B. Expert Disclosure Deadline:** _____
(Generally, one to two weeks after non–expert discovery deadline.)

**C. Rebuttal Expert Disclosure Deadline:** _____
(Generally, two to four weeks after initial expert disclosure.)

**D. Expert Discovery Cut–Off:** _____
(Generally, 30 days after rebuttal expert disclosure.)

**E. Non–Dispositive Motions:**

1. Filing Deadline: _____
(Within two weeks of close of expert discovery.)

2. Hearing Deadline: _____
(Four weeks later. If set before Judge Drozd, the hearing may only occur on the first and third Tuesdays of the month.)

## III.   COURT–SUPERVISED ACTIVITIES[1]

**A. Dispositive Motions:**

1. Filing Deadline: _____
   (Generally, within 2 to 4 weeks of the hearing on the non–dispositive motions.)

2. Hearing Date: _____
   (Six weeks after dispositive motion filing deadline.)
   Judge Ishii: Mondays only at 10:30 a.m.
   Judge O'Neill: Tuesday, Wednesday or Thursday at 8:30 a.m.
   Judge Drozd: 1st or 3rd Tuesday of each month at 9:30 a.m., 4 weeks after dispositive
             motion filing deadline.
   Judge Thurston: 4 weeks after dispositive motion filing deadline.

**B. Pretrial Conference Date:** _____
   Judge Ishii: 7 weeks after the dispositive motion hearing, on Thursday or Friday.
   Judge O'Neill: 8 weeks after the dispositive motion hearing, Tuesday, Wednesday or Thursday.
   Judge Drozd: 10 weeks after the dispositive motion hearing; Mondays at 1:30, 2:30, or 3:30 p.m.
   Judge Thurston: 6 weeks after the dispositive motion hearing.

**C. Proposed Trial Date:** _____
   (Eight weeks after the pretrial conference.)
   Judge Ishii: Tuesday at 8:30 a.m.
   Judge O'Neill: Tuesday at 8:30 a.m.
   Judge Drozd: 1:00 p.m. on any 1st or 3rd Tuesday, all other Tuesdays at 8:30 a.m.
   Judge Thurston: 6 weeks after the pretrial conference; Mondays at 8:30 a.m.

## IV.   MISCELLANEOUS MATTERS

**A. Bifurcation of Issues Requested?**

   Yes:\_\_\_\_\_ No:\_\_\_\_\_ (If "yes", explain in the Joint Report.)

**B. Do all parties believe an early settlement conference could be productive?**

   Yes:\_\_\_\_\_ No:\_\_\_\_\_

**C. Identify any other issues a party wants to address at the Scheduling Conference, including:**

   – Misjoinder of claims
   – Setting a date for settlement conference with a magistrate judge
   – Referral to the Court's Voluntary Dispute Resolution Program.

---

[1] The intervals specified in this section may **not** be shortened.