# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHANE S. SANCHEZ,<br><br>            Plaintiff,<br><br>   v.<br><br>LAW OFFICE OF TODD L. CRAMER,<br><br>            Defendant. | CASE NO. 1:20-cv-00300 AWI JLT<br><br>**ORDER AFTER NOTICE OF SETTLEMENT**<br>**(Doc. 6)** |

    The plaintiff reports that he has settled the matter and indicates he will seek dismissal of the action soon. (Doc. 6 Thus, the Court **ORDERS**:

    1.    The stipulation to dismiss the action **SHALL** be filed **no later than June 19, 2020**;

    2.    All pending dates, conferences and hearings are **VACATED**.

**The parties are advised that failure to comply with this order may result in the Court imposing sanctions, including the dismissal of the action.**

IT IS SO ORDERED.

    Dated:   **April 19, 2020**                       **/s/ Jennifer L. Thurston**
                                                             UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28